IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CARLOS GADSON, | |
| Plaintiff, | CIVIL ACTION NO.: 4:25-cv-126 |
| v. | |
| MICHAEL MOORE; and L.G. ROGERS, JR. TRUCKING, INC., | |
| Defendants. | |

**O R D E R**

Before the Court is a Stipulation of Entry of Dismissal With Prejudice, signed by counsel for Plaintiff and by counsel for Defendants, in which the parties stipulate to the dismissal of this matter with prejudice, with each party to bear their own costs and attorney's fees.  (Doc. 14.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED with prejudice**.  The Clerk of Court is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 6th day of January, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA